UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETSEY JOHNSON LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COLORFUL LICENSES BV,<br><br>    Defendant. | )<br>)<br>)<br>)  08 CIV. 4145<br>)<br>)  CIVIL ACTION NO.<br>)<br>)  JUDGE CONNER<br>)<br>)<br>)<br>) |

### BETSEY JOHNSON LLC'S CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff Betsey Johnson LLC ("Betsey Johnson") hereby certifies, pursuant to Fed. R. Civ. P. 7.1, that Betsey Johnson has no parent corporation. No publicly-held corporation owns 10% or more of the stock of Betsey Johnson.

BETSEY JOHNSON LLC,

By its attorneys,

_____
Christine D. Lynch (CL-3734)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
    and
750 3rd Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 878-6900
Facsimile: (212) 878-6911
clynch@goulstonstorrs.com

Of Counsel:
Christian W. Habersaat (4434932)
(*pro hac vice* pending)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
chabersaat@goulstonstorrs.com

Dated: May 1, 2008

GSDOCS\1825189