UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETSEY JOHNSON LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| COLORFUL LICENSES BV, | ) 08 CIV. 4145 |
| Defendant. | ) JUDGE CONNER |

### NOTICE OF MOTION FOR ADMISSION
### *PRO HAC VICE* OF CHRISTIAN W. HABERSAAT

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Christine D. Lynch, dated May 1, 2008, the Affidavit of Christian W. Habersaat, sworn to May 1, 2008, and all attachments thereto, the undersigned, attorneys for Plaintiff Betsey Johnson LLC, moves this Court for an order pursuant to Local Civil Rule 1.3(c) of this Court granting Christian W. Habersaat admission *pro hac vice* to this Court.

**PLEASE TAKE FURTHER NOTICE** that this motion is made upon submission and that no party should appear on the return date unless so directed by the Court.

GOULSTON AND STORRS, P.C.

By: _____
Christine D. Lynch, Esq. (CL-3734)
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
clynch@goulstonstorrs.com
Goulston & Storrs, P.C.
400 Atlantic Ave
Boston, MA 02110-3333
Attorneys for Plaintiff, Betsey Johnson LLC

Dated: May 1, 2008