UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETSEY JOHNSON LLC,<br><br>    Plaintiff,<br><br>v.<br><br>COLORFUL LICENSES BV,<br><br>    Defendant. | 08 CIV. 4145<br>JUDGE CONNER<br>CIVIL ACTION NO.<br><br>ORDER ADMITTING ATTORNEY PRO HAC VICE |

**WHEREAS,** on May 1, 2008, pursuant to Local Civil Rule 1.3(c), Christine D. Lynch, attorney of record for Plaintiff Betsey Johnson LLC, properly filed a motion for admission pro hac vice on behalf of Christian W. Habersaat; and

**WHEREAS,** the motion submitted by Ms. Lynch is accompanied by a supporting affidavit and Mr. Habersaat's Certificate of Good Standing from the State of New York;

**IT IS HEREBY ORDERED** that Christian W. Habersaat is granted pro hac vice admission to the Bar of this Court for the purpose of appearing as counsel for Plaintiff Betsey Johnson LLC.

So Ordered: _White Plains_, New York
May 1, 2008

SO ORDERED:
_[signature]_

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

GSDOCS\1825127