UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETSEY JOHNSON LLC,<br><br>Plaintiff,<br><br>v.<br><br>COLORFUL LICENSES BV,<br><br>Defendant. | CIVIL ACTION NO. 08 CV 4145 |

### AFFIDAVIT OF SERVICE

Stacey Mordas, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 2nd day of May, 2008 at 12:25 p.m., I deposited with the United States Postal Service true copies of (i) **Verified Complaint** and (ii) **Order to Show Cause for Preliminary Injunction and Temporary Restraining Order** to be served via Registered International First Class Mail, return receipt requested, upon:

> Colorful Licenses BV
> Kleurfabriek BV
> Marterkoog 1
> NL-1822 BK Alkmaar
> NETHERLANDS

A true copy of the receipt for registered mail is attached hereto as <u>Exhibit A</u>.

_____
STACEY A MORDAS

Sworn to before me this 2nd day of May, 2008.

_____
Notary Public



PATRICIA ANN DENNIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires March 17, 2011

## **EXHIBIT A**

Case 7:08-cv-04145-WCC    Document 6    Filed 05/02/2008    Page 2 of 3

**EXHIBIT A**

```
FORT POINT STATION 10/18/
BOSTON, Massachusetts
       02205976I
  2407980109-0096
05/02/2008 (800)275-8777 12:25:29 PM
============ Sales Receipt =============
Product          Sale  Unit   Final
Description      Qty   Price  Price
----------------------------------------
Netherlands -
First-Class Int'l                $7.20
     0.50 oz.
Return Receipt                   $2.15
Registered                      $10.15
  Insured Value :    $0.00
  Article Value :    $0.00
  Label # :
     RB259948461US

Issue PVI:                      $19.50
                               ========
Total:                          $19.50
                               ========
Paid by:
Personal Check                  $19.50

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:10004010B4669
Clerk:05
**********************************
**********************************
**********************************
********************
All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.
**********************************
**********************************
**********************************
****************

     HELP US SERVE YOU BETTER
Go to: http://gx.gallup.com/pos
```



Registered No. RB259948461US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $7.20
Restricted Delivery $0.00
Received by: [signature]
Customer Must Declare Full Value $0.00
☐ With Postal Insurance
☐ Without Postal Insurance

Date Stamp: FORT POINT STA BOSTON MA 0 MAY 02'08 2 2008
Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: 02205 Goulston + Storrs PC
400 Atlantic Avenue
Boston MA 02110-3333
Stacey Mordas

TO: Colorful Licenses BV
Mantekoop 1
NL-1822 BK Alkmaar
NETHERLANDS

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®