UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETSEY JOHNSON LLC,<br><br>Plaintiff,<br><br>v.<br><br>COLORFUL LICENSES BV,<br><br>Defendant. | CIVIL ACTION NO. 08 CV 4145 |

### AFFIDAVIT OF SERVICE

Stacey Mordas, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 9th day of May, 2008 at 12:05 p.m., I deposited with the United States Postal Service true copies of (i) **Supplemental Order to Show Cause for Preliminary Injunction and Temporary Restraining Order** and (ii) **Verified Complaint** to be served via Registered International First Class Mail, return receipt requested, upon:

> Colorful Licenses BV
> Kleurfabriek BV
> Marterkoog 1
> NL-1822 BK Alkmaar
> NETHERLANDS

A true copy of the receipt for registered mail is attached hereto as Exhibit A.

_____
STACEY A MORDAS

Sworn to before me this 9th day of May, 2008.

_____
Notary Public

**EXHIBIT A**

GSDOCS\1827874

```
=========================================
       FORT POINT STATION 10/18/
         BOSTON, Massachusetts
               022059761
             2407980109-0096
    05/09/2008 (800)275-8777 12:05:54 PM
=========================================
=========== Sales Receipt ===============
 Product        Sale  Unit        Final
 Description    Qty   Price       Price

 Netherlands -                    $7.20
 First-Class Int'l
 7.80 oz.
   Return Receipt                 $2.15
   Registered                    $10.15
   Insured Value :     $0.00
   Article Value :     $0.00
   Label #:      RB259949586US
                                ========
   Issue PVI:                    $19.50

                                ========
 Total:                          $19.50

 Paid by:
 Personal Check                  $19.50

 Order stamps at USPS.com/shop or
 call 1-800-Stamp24.  Go to
 USPS.com/clicknship to print
 shipping labels with postage. For
 other information call
 1-800-ASK-USPS.

 Bill#:1000401097497
 Clerk:05

 All sales final on stamps and postage.
 Refunds for guaranteed services only.
      Thank you for your business.
 ***************************************
 ***************************************
         HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

           YOUR OPINION COUNTS
 ***************************************
 ***************************************

                Customer Copy
```

Registered No. RB259949586US

| | |
|---|---|
| Reg. Fee | $10.15 |
| Handling Charge | $0.00 |
| Postage | $7.20 |
| Return Receipt | $2.15 |
| Restricted Delivery | $0.00 |
| Received by | [signature] |
| Customer Must Declare Full Value $ | $0.00 |

☐ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Date Stamp: USPS FORT POINT 05/09/08

OFFICIAL USE

FROM:
S. Marolas
Goulston + Storrs PC
400 Atlantic Ave
Boston MA 02110

TO:
Colorful Licensed BV
Marterkoos
NL-1822 BK Alkmaar
Netherlands

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com