**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETSEY JOHNSON LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 08-CV 4145 (WCC) |
| | ) ECF CASE |
| COLORFUL LICENSES BV, | ) |
| Defendant. | ) |

## ORDER FOR PRELIMINARY INJUNCTION

Upon the Verified Complaint of Plaintiff Betsey Johnson LLC, hereto annexed, verified by Jonathan Friedman, Chief Administrative and Financial Officer, on the 1st day of May, and after a hearing on this matter on the 16th day of May, it is **ORDERED** that, sufficient reason having been shown therefor, specifically, the avoidance of irreparable harm to Plaintiff's customer goodwill and reputation, pursuant to Rule 65, Fed. R. Civ. P., the Defendant is restrained and enjoined during the pendency of the parties' arbitration from:

> selling, moving, or otherwise distributing any and all tangible goods bearing Plaintiff's licensed mark and/or utilizing formulas identified to Plaintiff (the "Formula") or other intellectual property owned by the Plaintiff, including product packaging and label designs ("Intellectual Property"), in Defendant's possession or the possession of others acting in concert with Defendant. In particular, said order ~~would~~ enjoins Defendant from taking any action with respect to goods bearing Plaintiff's licensed mark, the Formula, or the Intellectual Property that may be currently located in a warehouse in Orangeburg, NY and/or any other goods in similar locations throughout the United States or anywhere in the world (collectively, the "Warehouse Product") during the pendency of arbitration proceedings between the parties.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES GIVEN ~~MAILED TO COUNSEL OF RECORD~~ for TI

It is further **ORDERED** that the security in the amount of $100,000.00 posted by the Plaintiff on May 2, 2008 in response to this Court's Temporary Restraining Order hereby applies to this Order.

    ISSUED AT: White Plains, New York

    ISSUED DATE AND HOUR: _May 16, 2008  11:30 AM_

_/s/ William C. Conner_
William C. Conner
Senior United States District Judge