# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BETSEY JOHNSON, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COLORFUL LICENSES BV,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 08-CIV 4145 (WCC)<br>)  ECF CASE<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL AND ORDER

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Betsey Johnson, LLC hereby stipulates to the dismissal of the above-captioned action. Said dismissal shall be without prejudice. Betsey Johnson, LLC further requests that the Order for Preliminary Injunction issued by the Court on May 16, 2008 be dissolved, and that the bond that the plaintiff posted on or about May 2, 2008 be released.

BETSEY JOHNSON, LLC,

By its attorney,

_____
Christian W. Habersaat (CH-6755)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112

So Ordered:

_____
William C. Conner
Senior United States District Judge

June 9, 2008
White Plains, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

E-COPIES MAILED TO COUNSEL OF RECORD